IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>EJERCITO DE LIBERACION NACIONAL, a/k/a ELN, a/k/a NATIONAL LIBERATION ARMY, and REVOLUCIONARIOS DE COLOMBIA, a/k/a FARC, a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA,<br><br>Defendants. | Case No.<br>3:16-mc-00030-RJC-DSC |

**ORDER FOR FINAL EXECUTION AND PRECLUSION OF EXEMPT PROPERTY**

THIS MATTER comes before the Court upon Plaintiff/Judgment Creditor's Motion for an Order of Final Execution in this matter; and

IT APPEARING to the Court that:

1. The Judgment was obtained pursuant to a civil action brought against Defendants/Judgment Debtors under the Alien Torture Statute, 28 U.S.C. § 1350, and Civil RICO, 18 U.S.C. §§ 1961-1968, arising from Judgment Debtors' international kidnapping, torture and ransom of Plaintiff;

2. The U.S. Secretary of State has designated the Judgment Debtors as Foreign Terrorist Organizations in accordance with 8 U.S.C. § 1189.

3. Judgment Creditor registered the Judgment with this Court on February 9, 2016.

4. Judgment Creditor now seeks a Writ of Execution to execute the Judgment in North Carolina against blocked assets of the Judgment Debtors, including the blocked assets of any agency or instrumentality of the Judgment Debtors, as those terms are defined in the Terrorism Risk Insurance Act of 2002, 28 U.S.C. § 1610 note ("TRIA").

5. The Judgment has not been satisfied, vacated, or reversed.

6. Pursuant to TRIA, Judgment Debtors' blocked assets, including the blocked assets of any agency or instrumentality of the Judgment Debtors, are precluded by law from being exempt.

IT IS, THEREFORE, ORDERED that Judgment Debtors are precluded from having any of their blocked assets set aside as exempt from Judgment in this case.

IT IS FURTHER ORDERED that a final execution be issued by the Clerk of this Court for the collection of the Judgment in this case.

**SO ORDERED**.

Signed: March 25, 2016

David S. Cayer
United States Magistrate Judge