IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>EJERCITO DE LIBERACION NACIONAL, a/k/a ELN,<br>a/k/a NATIONAL LIBERATION ARMY,<br>and REVOLUCIONARIOS DE COLOMBIA, a/k/a FARC,<br>a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA,<br><br>Defendants. | Case No.<br>3:16-mc-00030-RJC-DSC |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for John Thornton and Seth E. Miles]" (documents ## 8-9) filed April 8, 2016. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: April 11, 2016

_____
David S. Cayer
United States Magistrate Judge

{00345602.DOCX V. D261.023354;}